UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA PIERCE, et al.,

Plaintiffs,

-against-

TOWN/VILLAGE OF HARRISON,

Defendant.

**ORDER**

25-CV-08917 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 28, 2026, the Court held a pre-motion conference on Plaintiffs' anticipated summary judgment motion (the "Conference"). (Doc. 28). Counsel for Plaintiffs and counsel for Defendant appeared in person in Courtroom 520 of the White Plains courthouse. As directed at the conference and set forth further herein:

1) Plaintiffs' timely application for leave to file a summary judgment motion is granted, as follows: Plaintiffs shall serve, not file, a Notice of Motion for Summary Judgment and moving papers by **November 18, 2026**; Defendant shall serve, not file, opposition by **December 21, 2026**; and Plaintiffs shall serve reply, if any, by **January 8, 2027**. All papers shall be filed on the reply date, **January 8, 2027**, and shall be in compliance with the Court's Individual Practices, Federal Rules of Civil Procedure, and formatting/length requirements as set by the Local Rules;

2) Defendant's untimely application for leave to file a cross-motion for summary judgment is denied. However, as stated during the conference, the Parties are on notice under Rule 56(f) of the Federal Rules of Civil Procedure that the Court will search the record and grant or deny summary judgment independent of the motion, as appropriate. Accordingly, Defendant, in opposition, may include argument opposing Plaintiffs' motion and argument supporting why summary judgment in favor of Defendant may be warranted; and

3) The Parties shall file, by no later than **October 29, 2026**, a stipulation as to the following: i) the Parties stipulate that Plaintiffs' summary judgment motion will concern only the first claim for relief; ii) in the event the Court grants summary judgment to Defendant on the first claim for relief, Plaintiff stipulates to the dismissal of the second and third claims for relief, resulting in closure of the case; iii) in the event the Court grants summary judgment to Plaintiff on the first claim for relief, the second and third claims for relief remain, and the Court will then set a bench trial on damages; and iv) in the event the Court declines to grant summary judgment as to both parties due to any genuine dispute of material facts, all three claims for relief will proceed to a bench trial before this Court.

*See* transcript.

**SO ORDERED.**

Dated: White Plains, New York
October 29, 2026

PHILIP M. HALPERN
United States District Judge